■ RICH PRODUCTS CORPORATION, Respondent, v AETNA CASUALTY AND SURETY Co., Appellant. [725 NYS2d 918] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Whelan, J. (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Green, J. P., Hayes, Scudder, Burns and Lawton, JJ.